SULLIVAN LAW
A Professional Corporation
J. D. SULLIVAN, NV Bar No. 5516
GENE M. KAUFMANN, NV Bar No. 6704
1625 Highway 88, Suite 401
Minden, Nevada 89423

Telephone:  (775) 782-6915
Telecopier: (775) 782-3439

Attorneys for Plaintiffs,
Elisabeth Benschop and
Calvin Fitzgerald

FILED / ENTERED ___  RECEIVED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAR 1 2 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELISABETH BENSCHOP and CALVIN FITZGERALD, husband and wife,<br><br>　　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>VAIL RESORTS, INC. dba Vail, a Delaware Corporation; HEAVENLY VALLEY, LIMITED PARTNERSHIP dba Heavenly, a Nevada limited partnership; ANDREA RAMOS, an individual; SSI Venture LLC dba Heavenly Sports, a Colorado limited liability company, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants.<br>_____/ | No. 3:12-cv-00120-HDM-VPC<br><br>EMERGENCY ORDER COMPELLING DEPOSITION OF FOREIGN NATIONAL, ANDREA RAMOS, AND RELATED PRODUCTION OF DOCUMENTS AND THINGS<br><br>LR 7-5 |

Plaintiffs' Emergency Motion for Order Compelling Deposition of Foreign National, Andrea Ramos, and Related Production of Documents and Things, having been duly considered and GOOD CAUSE EXISTING, NOW, THEREFORE, IT IS ORDERED:

1  Andrea Ramos shall appear, testify and give evidence at her
2  deposition, on Thursday, March 15, 2012, at 3:00 p.m., at the
3  offices Sullivan Law, 1625 State Route 88, No. 401, Minden, NV
4  89423, and at that time and place produce the documents and things
5  described in Exhibit 1 hereto, or legible copies of same.
6  The deposition will be taken before a certified stenographic
7  court reporter, and may be recorded by videotape (i.e.,
8  sound-and-visual). The deposition will continue from day-to-day,
9  weekends and holidays excluded, until completed.
10  Failure to obey this Order may result in sanctions being
11  ordered against Andrea Ramos, including but not limited to a
12  finding of contempt of court under FRCP 37(b)(2).

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 12, 2012

Exhibit 1 (Andrea Ramos)

1. Your Heavenly/Vail Employee Skiing/Boarding/lift Pass.

2. Any insurance policies and coverage declarations under which you or your parents are insured.

3. All documents received from Heavenly Ski Resort, Vail Resorts, Vail Resort Management, or any other person or company, which show or include:

>   A. The terms of your employment at Heavenly for the 2011-2012 ski season.
>
>   B. Any employment contract for your work at Heavenly for the 2011-2012 ski season.
>
>   C. Training materials received for your work at Heavenly for the 2011-2012 ski season.
>
>   D. Your benefits for working at Heavenly for the 2011-2012 ski season, including but not limited to: free lift passes, discounts on food, beverage, merchandise, travel, housing and skiing/boarding equipment, or free equipment use for the season.

4. Your pay stubs for your employment at Heavenly for the 2011-2012 ski season, showing earnings and withholdings.

5. Records of your training at Heavenly, for the 2011-2012 ski season, on the Heavenly Responsibility Code (Exhibit 2 hereto), the National Ski Areas Association's Responsibility Code, or comparable skier/boarder Safety Code.

6. Records of boarding or skiing lessons taken at Heavenly for the 2011-2012 ski season.

7. Rules governing your work at Heavenly for the 2011-2012 ski season.

8. Documentation of any warnings, tickets or pass revocation as a result of your reckless boarding or skiing.

1

**Exhibit 1**

9. All statements given to Heavenly, Vail, the Ski Patrol, or any other person, concerning your boarding collision with Elizabeth Benschop on February 22, 2012.

10. Your Argentine Passport and J-1 Visa.

11. Your Department of State Form DS-2019.

12. Your SEVIS number from the Student Exchange Visitor Information System.

13. Documents showing the identity and contact information for your work Sponsor for this visit to the United States during the Heavenly 2011-2012 ski season.

14. Any identification or registration papers for the college university you are attending in Argentina.

15. Any identification documents issued by the Argentine Republic.

16. All other documents in your possession which relate in any way to your recruitment in Argentina and work at Heavenly for the 2011-2012 ski season.

**Exhibit 1**