# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ELIZABETH BENSCHOP and CALVIN FITZGERALD, | ) ) ) | 3:12-cv-00120-HDM-VPC |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| VAIL RESORTS, INC., and SSI Venture LLC, | ) ) ) | |
| Defendants. | ) ) | |

   Pursuant to the parties' stipulation (#69), this action is hereby dismissed with prejudice, with each party to bear its own costs and fees.

   IT IS SO ORDERED.

   DATED: This 6th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE